JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS ARRIOLA on behalf of himself and all others similarly situated, | CASE NO. 8:23-cv-01358-JWH-KES |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO STAY MATTER 90 DAYS AND CONTINUE DEFENDANT'S RESPONSE DEADLINE** |
| v. | |
| DOMINO'S PIZZA, LLC, a Michigan Corporation, and Does 1-10, inclusive, | |
| Defendants. | |

-1-
ORDER GRANTING JOINT STIPULATION TO STAY MATTER 90 DAYS AND CONTINUE DEFENDANT'S RESPONSE DATE, CASE NO. 8:23-CV-01358-JWH-KES

ACTIVE\1603455888.1

Having considered the Parties' Joint Stipulation to Stay Matter 90 Days and Continue Defendant's Response Deadline in the above-captioned case, and in consideration of the arguments of counsel and all papers presented to the Court, and good cause appearing, the Court hereby **ORDERS** as follows:

1. The Stipulation is **GRANTED**.
2. The case, including all currently scheduled filing deadlines, is **STAYED** until January 26, 2024. Any party may move at any time to modify or vacate the stay, for good cause shown.
3. The Parties are **DIRECTED** to file a Joint Status Report no later than January 12, 2024, that advises the Court regarding the posture of the case.
4. A Scheduling Conference is **SET** for January 26, 2024, at 11:00 a.m.
5. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Dated: September 20, 2023

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE